VAN–099 Order Continuing Confirmation Hearing – Rev. 03/12/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
James Lynn Gallimore  
*( debtor has no known aliases )*  
8901 Tilbury Drive  
Wilmington, NC 28411  

CASE NO.: 19–04141–5–SWH  

DATE FILED: September 10, 2019  

CHAPTER: 13  

ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:   Wednesday, December 11, 2019  
TIME:   10:30 AM  
PLACE:  1003 S. 17th Street, Room 118, Wilmington, NC 28401  

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: October 24, 2019

Stephani W. Humrickhouse  
United States Bankruptcy Judge